**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02623-RBJ

JESUS BARRAZA,

    Plaintiff,

v.

UNITED PARCEL SERVICE CO,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the MINUTE ORDER, Document No. 45, of Judge R. Brooke Jackson entered on December 18, 2015, it is

ORDERED that the Plaintiff's Acceptance of Defendant's Offer of Judgment [ECF No. 44] filed December 17, 2015 is accepted. It is

FURTHER ORDERED that judgment is entered in favor of the plaintiff, JESUS BARRAZA, and against the defendant, UNITED PARCEL SERVICE CO.  It is

FURTHER ORDERED that the total amount of Seven Hundred Fifty Thousand Dollars ($750,000.00), inclusive of all subrogation interests and/or liens, if any, that may exist upon or against any settlement award, or judgment in this case. This sum includes all costs, attorney's fees, and interest accrued to date. Therefore, no additional costs, attorney's fees, or interest shall be added to this amount.

Dated at Denver, Colorado this 4th of January, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K. Finney

K. Finney
Deputy Clerk